WILLIAM DODD, EDWARD DODD, AND MARION ELIZA-
BETH DODD, PLAINTIFFS-RESPONDENTS, CROSS-AP-
PELLANTS, v. GEORGE R. COPELAND, GEORGE D.
COPELAND, AND SAMUEL J. COX, DEFENDANTS, SAM-
UEL J. COX AND UNSATISFIED CLAIM AND JUDGMENT
FUND, APPELLANTS, CROSS-RESPONDENTS.

Argued October 7, 1968—Decided November 4, 1968.

*Mr. Bruce D. Herrigel* argued the cause for appellants, cross-respondents (*Messrs. Herrigel and Herrigel,* attorneys).

*Mr. John J. Trombadore* argued the cause for plaintiffs-respondents, cross-appellants (*Messrs. Trombadore and Trombadore,* attorneys).

The opinion of the court was delivered
PER CURIAM. The judgment of the Appellate Division is affirmed for the reasons given in the majority opinion, 99 *N. J. Super.* 481 (1968).

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-MAN — 7.

*For reversal* — None.